## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 211 - 5 | **DATE** | 3/20/2008 |
| **CASE TITLE** | United States of America vs. Annette White | | |

**DOCKET ENTRY TEXT**

Case called for arraignment and initial appearance. The Court appoints Federal Defender Program, Robert Seeder, as counsel for the defendant through initial appearance. Enter order appointing Robert Seeder as counsel for defendant. The defendant's oral motion for the United States Marshal to pay for the transportation of Ms. White for court proceeding is granted. Enter unopposed order for the United States Marshals Service to pay for round trip airline tickets for Ms. White from Orlando, Florida to Chicago, Illinois on 4/2/08 and a return trip on 4/4/08. Arraignment set for 4/3/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]
15 min

Docketing to mail notices.
*Copy to judge/magistrate judge.

3cc  USM

| | Courtroom Deputy Initials: | mm |
|---|---|---|