IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 08 CR 211 |
| v. | ) Magistrate-Judge Sidney I. Schenkier |
| ANNETTE WHITE | ) |

## UNOPPOSED ORDER

This matter having come before the Court on the defendant's request, pursuant to 18 U.S.C. § 4285, that the Court enter an order directing that the United States Marshals Service purchase round trip airline tickets for the defendant to travel from Orlando, Florida, on April 2, 2008, to Chicago, Illinois, for purposes of her April 3, 2008 initial appearance and arraignment before the court, and for travel from Chicago, Illinois to Orlando, Florida on April 4, 2008. The government having no opposition, IT IS HEREBY ORDERED: That, pursuant to 18 U.S.C. § 4285, the U.S. Marshals Service purchase round trip airline tickets for the defendant to travel from Orlando, Florida to Chicago, Illinois, on April 2, 2008, for purposes of her April 3, 2008 initial appearance and arraignment before the court, and for travel from Chicago, Illinois to Orlando, Florida on April 4, 2008. The U.S. Marshal's Service should contact the defendant's attorney, Robert D. Seeder, at (312) 621-8326, prior to April 2, 2008, to provide the travel

information to the defendant or to fax the flight information to counsel at (312) 621-8399.

							_____
							Magistrate-Judge Sidney I. Schenkier

03-21-08
Date