# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES IN THE CASE OF: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

USA vs. White

FILED APR 03 2008 4-3-08 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name): Annette White

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 08 CR 211
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

18 USC §1344

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: March 2006
- How much did you earn per month? $ 900
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS – OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

MONTHLY RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
- $ 2126 — Social Security Disability for defendant + minor child
- $ 3720 — Child support periodically
- $ 1000 — braiding hair

**CASH** – Have you any cash on hand or money in savings or checking account? ☒ Yes ☐ No IF YES, state total amount $ 200

**PROPERTY** – Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE $ 800 — DESCRIPTION: 1994 Chevrolet Berretta

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 2

**OBLIGATIONS & DEBTS – DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | Rent Metro Place Apts | $ | $ 782 |
| | Utilities | $ | $ 125 |
| | Groceries | $ | $ 500 |
| | Sent to son in college | $ | $ 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4-3-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Annette White